UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIA MORALES,

                Plaintiff,                           Civil Action No.:
                                                            7:18-cv-09365-CS-JCM

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                        **ORDER**
-----------------------------------------------------------X

        The Court, having read the memorandum and affirmation of Charles E. Binder, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto, *and the Government's 7/13/20 letter,*

        **IT IS ORDERED** that attorney's fees in the amount of $9,863.50, which represents 25% of the past due benefits awarded to Plaintiff, be remitted to Charles E. Binder, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit $1,173.00 directly to Plaintiff, which represents the previously awarded Equal Access to Justice Act fees.

DATED: 7/13/20

                                                       *Cathy Seibel*
                                                        _____
                                                            U.S.D.J.

*The Clerk shall terminate Doc. 22.*